## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>vs.<br><br>Regis Riley,<br><br><br><br><br>                              Defendant. | Case No. 20CR1972-GPC<br><br><br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_  Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

\_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_  the Court has dismissed the case for unnecessary delay; or

\_  the Court has granted the motion of the Government for dismissal, without prejudice; or

\_  the Court has granted the motion of the defendant for a judgment of acquittal; or
\_  a jury has been waived, and the Court has found the defendant not guilty; or

X  the jury has returned its verdict, finding the defendant not guilty;

X  of the offense(s) as charged in the Superseding Indictment:

C1: 21:952,960 - Importation of Heroin; Ct 2: 21:952,960 - Importation of Methamphetamine; Count 3: 21:952,960 - Importation of Fentanyl

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 8/4/2021

_____
Hon. Gonzalo P. Curiel
United States District Judge